UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Thomas Richard Cook Deborah Lynn Cook

Case No: 14-30887-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

ATTORNEY: Law Office Of David W Brown, Pllc
DATE FILED: 03/27/14
CLAIMS BAR DATE: 07/28/14
CONFIRMATION DATE: 05/20/14

TRUSTEE'S OBJECTION TO CONFIRMATION

☐ First Payment has not posted   ☐ Plan is unfeasible   ☐ Payment Order has not been filed

☐ Plan does not meet Best interest test $ [ ]

☐ Plan does not meet Means test: ☐ must be a 60 month ☐ must pay $ [ ] to unsecured or affidavit required.

☐ DSO Certificate will be required at Confirmation   ☐ Increase dividend to unsecured creditors to at least 10%

☐ Reconcile net income on schedule J with Plan payment

☐ Amend Plan to provide/clarify treatment for [ ]

☐ Amend Plan to pay the following through Trustee's Office [ ]

☐ Amend Schedules for the following: [ ]

☐ Trustee objects to disposable income and requests verfication or amendment to the following budget items:
[ ]
[ ]

☐ Trustee objects to the payment of [ ]

☐ Exemptions are not accurate [ ]

Provide the following to the Trustee by [ ]:
  ☑ Tax Return   ☐ 60 days of pay stubs   ☐ titles to: vehicles [ ]   ☐ recorded mortgages
  ☐ business's budget   ☐ amortization schedule for [ ]

OCP to state the following:
  ☐ 100% of tax refunds   ☐ 100% to unsecured creditors

  ☐ Stay is lifted as to [ ]

  ☐ Plan payments shall increase by $ [ ] in [ ]

Other issues [ ****SEE ATTACHED**** ]
[ ]

NATURE OF THE PLAN-The Trustee interprets the nature of the Plan to be:

☐ Percentage plan [ ] % to unsecured or [ ] months from confirmation-whichever is the greater dividend

☐ Base Plan-completed upon the Trustee receiving $ [ ] in addition to the receipts prior to confirmation.

  Estimated % to unsecured is [ ] % in ( [ ] ) months.

Confirmation recommended   ☐ Yes [ ] % in [ ] months   ☐ No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, allow an administrative expense of $100.00 to the Trustee and provide other relief as is just.

/s/ Carl L. Bekofske
Dated: April 30, 2014          Carl L. Bekofske, Standing Chapter 13 Trustee
                               400 N. Saginaw St. Ste 331., Flint, MI 48502
Diane                          (810) 238-4675   ECF@flint13.com
                               P-10645

- Provide business budgets P&L statements
- Trustee suggests surrendering rentals and negative equity
- Case unfeasible due to IRS claim
- Attorney to review income
- Must pay mortgage through Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Thomas Richard Cook Deborah Lynn Cook

Case No: 14-30887-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2014, electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

Law Office Of David W Brown, Pllc
davidbrownlaw@live.com

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

/s/ Sherry Beasinger
Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675
Email: ECF@flint13.com